

OFFICE *of the* ATTORNEY GENERAL
KEN PAXTON

May 29, 2015

RECEIVED

JUN – 1 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

Debra Spisak, Clerk
Second Court of Appeals
401 W. Belknap Suite 9000
Fort Worth, Texas 76196

**Re:** **Dale Roy Slaven**          **02-10-00421R**
                    **THRU**
                    **02-10-00427-CR**

Dear Clerk:

Enclosed please find the original court records for the above named appellants, which I am returning to the Court. Please indicate the date of receipt on the enclosed copy of this letter and return it to me in the enclosed postpaid addressed envelope.

Thank you for your attention to this matter.

Sincerely,

Nelda T. Garcia, Records Clerk
Office of the Attorney General
Criminal Appeals Division
(512) 463-3321



May 29, 2015

**RECEIVED**

**JUN - 1 2015**

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

Debra Spisak, Clerk
Second Court of Appeals
401 W. Belknap Suite 9000
Fort Worth, Texas 76196

Re:    Dale Roy Slaven

02-10-00413-CR
THUR
02-10-00420-CR

Dear Clerk:

Enclosed please find the original court records for the above named appellants, which I am returning to the Court. Please indicate the date of receipt on the enclosed copy of this letter and return it to me in the enclosed postpaid addressed envelope.

Thank you for your attention to this matter.

Sincerely,

Nelda T. Garcia, Records Clerk
Office of the Attorney General
Criminal Appeals Division
(512) 463-3321